AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

APR 18 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Juan Carlos Escalera-Huereca

**CRIMINAL COMPLAINT**

Case Number: M-19-894-M

IAE    YOB: 1980
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 17, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Cuevitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Juan Carlos Escalera-Huereca was encountered by Border Patrol Agents near Cuevitas, Texas on April 17, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 17, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 18, 2019 through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 25, 2016, the defendant was convicted of 8 USC 1326 Re-Entry of a Removed Alien and was sentenced to forty-six (46) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

AUSA Sarina DiPiazza
DiPiazza 4/19/19 @ 8:10 am

Sworn to before me and subscribed in my presence,

April 19, 2019    8:22 am

Kellen Meador    Senior Patrol Agent
Signature of Complainant

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer
Signature of Judicial Officer